U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 29 2005

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| Dennis W. Richard | CIVIL ACTION NO. 05-1562 |
| V. | SECTION "P" |
| Tim Wilkerson | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(A) and (ii) until *Heck* conditions are satisfied.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 28th day of November, 2004.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE